

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*John F. Basiak Jr.*
*Assistant United States Attorney*
*Chief, Civil Division*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*john.basiak@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 858-0309*

May 19, 2026

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> Re:  *Silva Loja v. Soto*, No. 26-5651
>       **Extension Request** *Nunc Pro Tunc*

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). This morning the Court issued a text order requiring me to provide legal advice to ICE and file a declaration regarding that advice by 3:00 p.m. today. Due to an oversight on my part, I neglected to timely file my declaration. I apologize for this oversight, and I respectfully request that the Court grant me an extension *nunc pro tunc* of approximately two hours and 15 minutes to file this declaration. I will implement additional practices on my part to avoid this oversight in the future. The Court so orders this request in reliance on this representation.

Thank you very much for your consideration of this request.

Respectfully submitted,

**SO ORDERED.**
**s/ Michael E. Farbiarz**
**Michael E. Farbiarz, U.S.D.J.**
**Date:** May 19, 2026

ROBERT FRAZER
United States Attorney

By:  /s/ John F. Basiak Jr.
      JOHN F. BASIAK JR.
      Assistant United States Attorney
      Chief, Civil Division

cc: Petitioner's counsel (via ECF)