Marlon Bayas (Bar No.: 440972023)
Bayas Law, P.C.
191 Central Ave, Suite 220
Newark, NJ 07103
info@bayaslaw.com
Attorney for Petitioner

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: Silva Loja v. Soto, et al., Civil No. 26-5651**
**Petitioner's Request for Four-Day Extension Pursuant to**
**Local Civil Rule 6.1,**

Dear Judge Farbiarz:

This Office represents Petitioner, Italo Orlando Silva Loja, in the above-referenced matter. We write to respectfully request a 4-day extension of time, from May 28th, 2026, to June 1st, 2026, to file our reply to Respondents' Response (ECF No. 10). This is the **first** request for an extension of time. Our office requests this extension to permit adequate time to prepare a thorough and complete response. This brief extension provides a limited, defined period necessary to meet the substantive requirements of a proper response while maintaining the orderly progression of the litigation. The above-named counsel has obtained consent from opposing counsel for this extension request.

Pursuant to Local Civil Rule 6.1, it is represented that:

1. No previous extension has been obtained.
2. The current deadline to file a reply is May 28th, 2026, at 5 pm.
3. The requested new deadline is June 1st, 2026; and
4. I have consulted with opposing counsel, Jacob Heric, who consents to this request.

We thank the Court for its time, consideration, and accommodation in this matter.

Dated: May 26, 2026                              Respectfully submitted,


SO ORDERED.                                      /S/ **Marlon Bayas**_____
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.                    Marlon Bayas, Esq.
Date: May 27, 2026