**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ITALO ORLANDO SILVALOJA, | HON. MICHAEL E. FARBIARZ, U.S.D.J. |
| *Petitioner,* | *Civil Action No.* 26-5651 (MEF) |
| v. | |
| LUIS SOTO, *et al.,* | |
| *Respondents.* | |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Statement and Request for Dismissal, it is hereby **ORDERED** that this action is DISMISSED, all restrictions on Petitioner's transfer are VACATED, and the civil case is TERMINATED.

Dated: July 7, 2026

HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE